**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE CO.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **No: 4:09-CV-17** |
| | ) | |
| **EDWARD SCOTT POTTER,** | ) | |
| **KATHY POTTER,** | ) | |
| **DANLON FARMS, L.L.C.,** | ) | |
| **JOHN PUCKETT,** | ) | |
| **JOHN PUCKETT and HOLLY PUCKETT,** | ) | |
| **d/b/a PUCKETT STABLES,** | ) | |
| **and CHARLES E. CHEEK,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## MOTION FOR DISMISSAL OF CASE

Plaintiff Great American Insurance Co., pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, hereby moves that this case be dismissed without prejudice. In support of this Motion, Plaintiff submits to the Court that the underlying tort lawsuit styled <u>Charles E. Cheek v. John Puckett, et al</u>., Case No. 08-CV-97, which is at issue in the present lawsuit, was recently dismissed. Accordingly, the Plaintiff respectfully moves this Court for entry of an Order of Dismissal, without prejudice, in this case. Plaintiff has attached a proposed Order of Dismissal for this Honorable Court's review.

Respectfully submitted,


　　/s/ Mark S. LeVan
Mark S. LeVan, (# 012155)
Christopher M. Jones (#022142)
**LeVAN, SPRADER, PATTON & McCASKILL**
150 Fourth Avenue North, Suite 1020
Nashville, TN  37219
(615) 843-0300 telephone
(615) 843-0310 facsimile

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served, via electronic means and U.S. Mail, upon the following:

Mickey D. Hall
Swafford, Peters, Priest & Hall
100 First Avenue, S.W.
Winchester, TN 37398-1728

Mark Allen Polk
107 W. College Street
Murfreesboro, TN  37130

This 16th day of June, 2009.


　　/s/ Mark S. LeVan
Mark S. LeVan

2