IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE CO.** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:09-cv-17 |
| | ) | |
| **EDWARD SCOT POTTER,** | ) | |
| **KATHY POTTER,** | ) | |
| **DANLON FARMS, L.L.C.,** | ) | |
| **JOHN PUCKETT,** | ) | |
| **JOHN PUCKETT and HOLLY** | ) | |
| **PUCKETT, d/b/a PUCKETT STABLES,** | ) | |
| and **CHARLES E. CHEEK,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| **EDWARD SCOT POTTER,** | ) | |
| **KATHY POTTER,** | ) | |
| **DANLON FARMS, L.L.C.,** | ) | |
| **JOHN PUCKETT,** | ) | |
| **JOHN PUCKETT and HOLLY** | ) | |
| **PUCKETT, d/b/a PUCKETT STABLES,** | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| **ESTATE OF STEVE LIDDELL** | ) | |
| d/b/a **S.H. LIDDELL INSURANCE AGENCY,** | ) | |
| **HOLLY LIDDELL,** Individually and as agent | ) | |
| for **S.H. LIDDELLINSURANCE AGENCY** | ) | |
| and **BARNES EQUINE INSURANCE AGENCY,**) | | |
| | ) | |
| Third Party Defendants, | ) | |

### RESPONSE TO MOTION FOR DISMISSAL OF CASE and MOTION FOR DISMISSAL OF THIRD PARTY COMPLAINT

1. Come Now the Defendants, EDWARD SCOT POTTER, KATHY POTTER, JOHN PUCKETT AND HOLLY PUCKETT, and respectfully request this Court to deny the Plaintiff's Motion to Dismiss. In support of this Response, Defendants would state that although

the underlying case has been dismissed, the issues of duty to defend and cost to defend have never been ruled on. Accordingly, Defendants respectfully move this Court for an Order of Denial of the Motion for Dismissal of this case.

2. Defendants/Third Party Plaintiffs also move that the Court dismiss without prejudice the Third Party Complaint. In support of this Motion, the Third Party Plaintiffs allege that all issues between Third Party Plaintiffs and Third Party Defendants are subject to the underlying lawsuit that has already been dismissed, Charles E. Cheek v. John Puckett, et. al., Case No: 08-CV-97, and there is no longer any basis for the Third Party Complaint. Accordingly, the Third Party Plaintiffs respectfully move this Court for an entry of an Order of Dismissal, without prejudice.

Respectfully submitted,

SWAFFORD, PETERS, PRIEST & HALL

By:/s/ Michael D. Hall_____
Michael D. Hall No: 20415
Attorney for Respondents/Third Party Plaintiffs
120 North Jefferson Street
Winchester, Tennessee 37398
(931) 967-3888

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U. S. Mail, postage prepaid, this _____ day of July, 2009 to:

Mark S. LeVan, Esquire
Christopher M. Jones, Esquire
LeVan, Sprader, Patton & McCaskill
150 Fourth Avenue North, Suite 1020
Nashville, TN 37219
Attorneys for Petitioner
Ph:    (615) 843-0300
Fax:   (615) 843-0310

Mark A. Polk, Esquire
107 West College Street
Murfreesboro, TN 37130
Attorney for Cheek

Holly Liddell
299 Temple Ford Road
Shelbyville, TN 37160

Holly Liddell as Executrix for
Estate of Steve Liddell
299 Temple Ford Road
Shelbyville, TN 37160

Barry Howard, Esquire
150 Second Ave. N, Suite 201
Nashville, TN 37201
Attorney for Barnes Equine Insurance Agency

                */s/ Michael D. Hall*
                Michael D. Hall